## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Tenner Murphy, by his guardians Kay and Richard Murphy; Marrie Bottelson; Dionne Swanson; and on behalf of others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>The Minnesota Department of Human Services, an agency of the State of Minnesota; and Emily Johnson Piper in her Capacity as Commissioner of the Minnesota Department of Human Services,<br><br>   Defendants. | Civ. No. 16-cv-2623 (DWF/BRT)<br><br>**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

___

Pursuant to Fed. R. Civ. P. 23(b)(2), Plaintiffs hereby move the Court for certification of the following class: All individuals age 18 and older who are eligible for and have received a Disability Waiver, live in a licensed CRS facility, and have not been given the choice and opportunity to reside in the most integrated residential setting appropriate to their needs.

Plaintiffs also move that the Court enter an Order certifying the above class pursuant to Fed. R. Civ. P. 23(b)(2), appointing the Named Plaintiffs as representatives of the Class, and appointing Sean B. Burke, Justin H. Perl, Joseph W. Anthony, Steven M. Pincus, and Peter J. McElligott as Class Counsel.

This Motion is based on the pleadings, files, and records herein, including Plaintiffs' Memorandum of Law in Support of the Motion for Class Certification, and the Affidavit of Sean Burke.

|  |  |
|---|---|
|  | **MID-MINNESOTA LEGAL AID MINNESOTA DISABILITY LAW CENTER** |
| Dated: February 27, 2017 | By: */s/ Sean Burke*<br>Sean Burke (# 0392115)<br>Justin H. Perl (# 151397)<br>430 First Avenue North, Suite 300<br>Minneapolis, MN 55401<br>(612) 746-3759 (Telephone and Fax)<br>sburke@mylegalaid.org<br>jperl@mylegalaid.org |
|  | **ANTHONY OSTLUND BAER & LOUWAGIE P.A.** |
| Dated: February 27, 2017 | By: */s/ Joseph W. Anthony*<br>Joseph W. Anthony (#0002872)<br>Steven M. Pincus (#0171414)<br>Peter J. McElligott (#0397578)<br>90 South 7th Street<br>3600 Wells Fargo Center<br>Minneapolis, MN 55402<br>Telephone: 612-349-6969<br>janthony@anthonyostlund.com<br>spincus@anthonyostlund.com<br>pmcelligott@anthonyostlund.com |
|  | **ATTORNEYS FOR THE PLAINTIFFS** |

0409-0149349--85574.doc