UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Tenner Murphy, by his guardians Kay and Richard Murphy; Marrie Bottelson; Dionne Swanson; and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>The Minnesota Department of Human Services, an agency of the State of Minnesota; and Emily Johnson Piper in her Capacity as Commissioner of the Minnesota Department of Human Services,<br><br>　　　　　Defendants. | Civ. No. 16-cv-2623 (DWF/BRT)<br><br>**PLAINTIFFS' NOTICE OF HEARING ON MOTION FOR CLASS CERTIFICATION** |

---

**TO:**   The Minnesota Department of Human Services, an agency of the State of Minnesota, and Emily Johnson Piper in her capacity as Commissioner of the Minnesota Department of Human Services, by and through their attorneys Scott Ikeda, Janine Kimble, and Ian Welsh, Minnesota Attorney General's Office, 445 Minnesota Street, Suite 1100, St. Paul, Minnesota 55101.

　　PLEASE TAKE NOTICE that Plaintiffs, through their attorneys Sean Burke and Justin H. Perl of Mid-Minnesota Legal Aid and Minnesota Disability Law Center; and Joseph W. Anthony, Steven M. Pincus, and Peter J. McElligott of Anthony Ostlund Baer & Louwagie, P.A., will bring the following Motion before the Honorable Donovan W. Frank, Senior U.S. District Judge, at United States District Court, Courtroom 7C, 724 Federal Building, 316 North Robert Street, St. Paul, MN 55101, on Friday, May 19, 2017 at 11:00 a.m.

Plaintiffs will move this Court for certification of the following class: All individuals age 18 and older who are eligible for and have received a Disability Waiver, live in a licensed CRS facility, and have not been given the choice and opportunity to reside in the most integrated residential setting appropriate to their needs.

        **MID-MINNESOTA LEGAL AID**
        **MINNESOTA DISABILITY**
        **LAW CENTER**

Dated: February 27, 2017    By: */s/ Sean Burke*
        Sean Burke (# 0392115)
        Justin H. Perl (# 151397)
        430 First Avenue North, Suite 300
        Minneapolis, MN 55401
        (612) 746-3759 (Telephone and Fax)
        sburke@mylegalaid.org
        jperl@mylegalaid.org

        **ANTHONY OSTLUND**
        **BAER & LOUWAGIE P.A.**

Dated: February 27, 2017    By: */s/ Joseph W. Anthony*
        Joseph W. Anthony (#0002872)
        Steven M. Pincus (#0171414)
        Peter J. McElligott (#0397578)
        90 South 7th Street
        3600 Wells Fargo Center
        Minneapolis, MN 55402
        Telephone: 612-349-6969
        janthony@anthonyostlund.com
        spincus@anthonyostlund.com
        pmcelligott@anthonyostlund.com

        **ATTORNEYS FOR THE PLAINTIFFS**