# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-8028

Tenner Murphy, by his Guardians Kay and Richard Murphy, et al.

Respondents

v.

Emily Johnson Piper, in her capacity as Commissioner of the Minnesota Department of Human Services

Petitioner

------------------------------------------------------------

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:16-cv-02623-DWF)

------------------------------------------------------------

## MANDATE

In accordance with the judgment of 11/15/2017, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 15, 2017

Clerk, U.S. Court of Appeals, Eighth Circuit