

November 20, 2017                        **Via CM/ECF**

The Honorable Donovan W. Frank
Judge of United States District Court
Warren E. Burger Federal Building and
U.S. Courthouse, Suite 724
316 North Robert Street
St. Paul, MN 55101

Re:     Murphy et al v. Minnesota Department of Human Services et al
        Court File No. 0:16-cv-02623-(DWF-BRT)

Dear Judge Frank:

      The parties have discussed the briefing scheduled for ARRM's Motion to Intervene or, in the Alternative, for Leave to Serve as Amicus Curiae. The parties agree and respectfully submit that the dispositive motion briefing schedule would be appropriate for this Motion.

      Thank you for your attention to this matter.

                                          Sincerely,

                                          s/ *Samuel D. Orbovich*
                                          Samuel D. Orbovich
                                          **Direct Dial:** 612.492.7376
                                          **Email:** sorbovich@fredlaw.com

62773702.1

Attorneys & Advisors / Fredrikson & Byron, P.A.
main 612.492.7000 / 200 South Sixth Street, Suite 4000
fax 612.492.7077 / Minneapolis, Minnesota
fredlaw.com / 55402-1425

MEMBER OF THE WORLD SERVICES GROUP
A Worldwide Network of Professional Service Providers

OFFICES:
Minneapolis / Bismarck / Des Moines / Fargo / St. Paul / Monterrey, Mexico / Shanghai, China