UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Tenner Murphy, by his guardians Kay and Richard Murphy; Marrie Bottelson; Dionne Swanson; and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Emily Johnson Piper in her Capacity as Commissioner of the Minnesota Department of Human Services,<br><br>Defendant. | Civil No. 16-cv-2623 (DWF/BRT)<br><br><br><br><br>**PLAINTIFFS' MOTION PURSUANT TO RULE 37(B)(2)** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 37(B)(2), Plaintiffs will move the Court for an Order finding Defendant's failure to comply as contempt of court (Rule 37(b)(2)(A)(vii)), require Defendant to pay Plaintiffs' reasonable expenses and attorneys' fees in bringing this motion (Rule 37(b)(2)(C)), and compel Defendant to fully and finally comply with this Court's order (Rule 37(b)(2)(A)) as affirmed by Judge Frank.

This Motion is made based upon all of the files, records, and proceedings herein, including the memoranda of law and accompanying documents, and such argument or further briefing or documentation as may be required or permitted by the Court.

**MID-MINNESOTA LEGAL AID**
**MINNESOTA DISABILITY LAW**
**CENTER**

Dated:  January 25, 2018         By: _ s/ Justin Perl_
                                     Justin H. Perl (#0151397)
                                     Christen Chapman (#0398974)
                                     Steven C. Schmidt (#0392442)
                                 430 First Avenue North, Suite 300
                                 Minneapolis, MN 55401
                                 Phone and Fax:  (612) 746-3759
                                 Email:  jperl@mylegalaid.org
                                         cchapman@mylegalaid.org
                                         sschmidt@mylegalaid.org

**ANTHONY OSTLUND**
**BAER & LOUWAGIE P.A.**

Dated:  January 25, 2018         By: _ s/ Peter J. McElligott_
                                     Joseph W. Anthony (#0002872)
                                     Steven M. Pincus (#0171414)
                                     Peter J. McElligott (#0397578)
                                 90 South Seventh Street, Suite 3600
                                 Minneapolis, MN 55402
                                 Phone:  (612) 349-6969
                                 Email:  janthony@anthonyostlund.com
                                         spincus@anthonyostlund.com
                                         pmcelligott@anthonyostlund.com

**ATTORNEYS FOR PLAINTIFFS**