UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

-------------------------------------------------------------

Tenner Murphy, by his
guardians Kay and Richard Murphy;
Marrie Bottelson; Dionne Swanson; and on
behalf of others similarly situated,

Civ. No. 16-2623 (DWF/BRT)


**PLAINTIFFS' MOTION
TO COMPEL DISCOVERY**

                    Plaintiffs,


vs.


Emily Johnson Piper in her Capacity as
Commissioner of The Minnesota Department of
Human Services,

                    Defendant.

-------------------------------------------------------------

TO:   Defendant and her Attorneys Scott H. Ikeda, Esq., Janine Kimble, Esq., and Aaron
      Winter, Esq., Office of the Attorney General, State of Minnesota, 445 Minnesota
      Street, Suite 1100, St. Paul, MN 55101.

      Pursuant to Fed. R. Civ. P. 37, Plaintiffs move that Defendant (1) provide an

answer to Plaintiffs' Interrogatory No. 33; (2) produce responsive documents to

Plaintiffs' Revised Document Request No. 43; (3) produce all documents and portions of

documents withheld under the deliberative process privilege; and (4) either provide

information that shows what her usual course of business is, including who maintained

the documents produced, or indicate a Bates range where documents responsive to each

request will be located. This Motion is made pursuant to Rule 37 of the Federal Rules of

Civil Procedure and is based upon the files, records, and proceedings herein, including

the memorandum of law filed and served with this motion.

<table>
<tr><td></td><td><strong>MID-MINNESOTA LEGAL AID</strong><br><strong>MINNESOTA DISABILITY LAW CENTER</strong></td></tr>
</table>

Dated: March 23, 2018

By: /s/ *Justin H. Perl*_____
    Justin H. Perl (#151397)
    Steven Schmidt (#0392442)
    Christen Chapman (#0398974)
    430 First Avenue North, Suite 300
    Minneapolis, MN 55401
    Phone and Fax: (612) 746-3759
    jperl@mylegalaid.org
    sschmidt@mylegalaid.org
    cchapman@mylegalaid.org

**ANTHONY OSTLUND**
**BAER & LOUWAGIE P.A.**

Dated: March 23, 2018

By: /s/ *Steven M. Pincus*_____
    Joseph W. Anthony (#0002872)
    Steven M. Pincus (#0171414)
    Peter J. McElligott (#0397578)
    90 South Seventh Street, Suite 3600
    Minneapolis, MN 55402
    Telephone: (612) 349-6969
    janthony@anthonyostlund.com
    spincus@anthonyostlund.com
    pmcelligott@anthonyostlund.com

**ATTORNEYS FOR PLAINTIFFS**

2