

# STATE OF MINNESOTA

### OFFICE OF THE ATTORNEY GENERAL

SUITE 1100
445 MINNESOTA STREET
ST. PAUL, MN 55101-2128
TELEPHONE: (651) 282-5700

November 9, 2018

***Via NextGen ECF***

Honorable Donovan W. Frank
Senior U.S. District Judge, District of Minnesota
United States District Court
724 Warren E. Burger Federal Building
and U.S. Courthouse
316 North Robert Street, Suite 724
St. Paul, MN  55101

> **Re:**   ***Murphy, et al. v. Piper***
> **U.S.D.C. File No. 16-cv-2623**

Dear Judge Frank:

I represent the defendant in this matter.  Defendant does not object to Plaintiffs' withdrawal of its jury demand.

Sincerely,

**s/ Scott H. Ikeda**
SCOTT H. IKEDA
Manager, Human Services Division
Assistant Attorney General
(651) 757-1385 (Voice)
(651) 282-5832 (Fax)
scott.ikeda@ag.state.mn.us

*Attorney for Defendant*

cc:   Steven C. Schmidt, Esq.
Justin H. Perl, Esq.
Justin M. Page, Esq.
Eren Sutherland, Esq.
Joseph W. Anthony, Esq.
Peter McElligott , Esq.
Steven M. Pincus, Esq.
Laura A. Farley, Esq.
Steven A. Smith, Esq.
Aaron Winter, Assistant Attorney General
Janine Kimble, Assistant Attorney General
Brandon Boese, Assistant Attorney General