## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Tenner Murphy, et al., | Civ. No. 16-2623 (DWF/BRT) |
| Plaintiffs, | |
| v. | |
| Tony Lourey, in his capacity as Commissioner of the Minnesota Department of Human Services, | **ORDER FOR SETTLEMENT CONFERENCE** |
| Defendant. | |

**The above-referenced case is assigned to Judge Donovan W. Frank for trial.** A settlement conference will be held on **February 22, 2019, at 9:30 a.m., in Courtroom 6A/Chambers 646**, Warren E. Burger Federal Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101, before the undersigned United States Magistrate Judge. Unless otherwise ordered, all participants should plan on spending the entire day and evening, if necessary, at this settlement conference. If counsel or participants have time limitations, they must notify the Court and the other side within 7 days of this Order.

Parties are welcome to bring their lunches, snacks, and drinks into the settlement conference rooms.

**Pre-Conference Settlement Discussion(s)**. To encourage the parties to address the issue of settlement on their own, counsel must meet in person with one another on or before **February 12, 2019,** to engage in a full and frank discussion of settlement. Counsel must prepare for this pre-conference discussion with their respective clients.

Plaintiff is expected to make a settlement proposal and Defendant is expected to present a response to the settlement proposal prior to the settlement conference.

**Settlement Attendees**. If the case does not settle, counsel must further meet and confer to discuss their views on the individuals who should be required to attend the Settlement Conference. If the parties do not agree on the attendees, they must inform the Court no later than **February 13, 2019**, by email, identifying their views on the necessary attendees. A further order on the required attendees may follow.

**Confidential Settlement Letters**. If the case does not settle, each attorney shall submit to the undersigned on or before **February 19, 2019,** a confidential letter setting forth: (1) history of your settlement discussions to date; (2) your side's settlement position; (3) your understanding of the other side's settlement position; (4) a discussion of the rationale for your settlement position; (5) obstacles to settlement; (6) your ideas for overcoming obstacles to settlement; and (7) any additional information that may be helpful to the process of reaching agreement. The confidential statement letter is for the Court's use only and should not be served on opposing counsel. Counsel must email their confidential settlement letter to thorson_chambers@mnd.uscourts.gov.

Date: January 31, 2019

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge