UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Tenner Murphy, by his guardian Kay Murphy; Marrie Bottelson; Dionne Swanson; and on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br>v.<br><br>Jodi Harpstead, in her Capacity as Commissioner of the Minnesota Department of Human Services,<br><br>　　　　Defendant. | Civil No. 16-cv-2623 (DWF/BRT)<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' RULE 42 MOTION TO BIFURCATE TRIAL** |

The above-entitled matter came before the Court pursuant to Plaintiffs' Rule 42 Motion to Bifurcate. Based upon the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' motion to bifurcate the liability and remedy phases of the trial in this matter, and to limit the liability phase to facts gathered during discovery as set forth in the Third Amended Pretrial Scheduling Order is **GRANTED**.

BY THE COURT:

Dated: _____, 2020　　　　　　_____
　　　　　　　　　　　　　　　　　　DONOVAN W. FRANK
　　　　　　　　　　　　　　　　　　Senior United States District Judge