UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Tenner Murphy, by his guardian Kay Murphy; Marrie Bottelson; Dionne Swanson; and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br>v.<br><br>Jodi Harpstead, in her Capacity as Commissioner of the Minnesota Department of Human Services,<br><br>                    Defendant. | Civil No. 16-cv-2623 (DWF/BRT)<br><br>**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT** |

_____

Plaintiffs move this Court for an Order that grants preliminary approval of the Parties' proposed Settlement Agreement for the purposes of approving and ordering dissemination of the Notice Documents, as described in Paragraph 6 of the Agreement; sets a time for the filing and hearing of the Parties' joint motion for Costs and Attorneys' Fees pursuant to Rule 23(h)(1); and schedules a Fairness Hearing consistent with the requirements of Rule 23(e)(2) of the Federal Rules of Civil Procedure. This motion is brought pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, and is based upon the files, records, and proceedings herein, including the memorandum of law filed and served with this motion.

**MID-MINNESOTA LEGAL AID MINNESOTA DISABILITY LAW CENTER**

Dated: July 1, 2022   By: *s/Justin H. Perl*
Justin H. Perl (#151397)
Steven C. Schmidt (#0392442)
Justin M. Page (#0321631)
Eren Sutherland (#0397863)
111 N. 5th St., Suite #100
Minneapolis, MN 55403
Telephone: 612-746-3727
Fax: 612-334-5755
jperl@mylegalaid.org
sschmidt@mylegalaid.org
jmpage@mylegalaid.org
esutherland@mylegalaid.org

**ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.**

Dated: July 1, 2022   By: *s/Steven M. Pincus*
Joseph W. Anthony (#0002872)
Steven M. Pincus (#0171414)
Peter J. McElligott (#0397578)
90 South 7th Street
3600 Wells Fargo Center
Minneapolis, Minnesota 55402
Telephone: 612-349-6969
janthony@anthonyostlund.com
spincus@anthonyostlund.com
pmcelligott@anthonyostlund.com

**NICHOLS KASTER, PLLP**

Dated: July 1, 2022        By: s/*Laura A. Farley*
                             Steven Andrew Smith (#0260836)
                             Laura A. Farley (#0397455)
                             4700 IDS Center
                             80 South Eighth Street
                             Minneapolis, Minnesota 55402
                             Telephone: (612) 256-3200
                             Facsimile: (612) 338-4878
                             smith@nka.com
                             lfarley@nka.com

                             **ATTORNEYS FOR PLAINTIFFS**