UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tenner Murphy, by his Guardian Kay Murphy;       Civil No. 16-2623 (DWF/BRT)
Marrie Bottelson; Dionne Swanson; and on
behalf of others similarly situated,

      Plaintiffs,

v.                                                ORDER

Jodi Harpstead, in her Capacity as
Commissioner of the Minnesota Department of
Human Services,

      Defendant.

Pursuant to the Stipulation to Amend Order on Unopposed Motion for Preliminary Approval of Class Action Settlement Agreement (Doc. No. 843), which is incorporated herein by reference, and for good cause shown,

**IT IS HEREBY ORDERED** that the Stipulation to Amend Order on Unopposed Motion for Preliminary Approval of Class Action Settlement Agreement (Doc. No. [843]) is **APPROVED**.

**IT IS FURTHER ORDERED** that Paragraph 2 of the Order on Unopposed Motion for Preliminary Approval of Class Action Settlement Agreement (Doc. No. 840) is amended to read in its entirety as follows:

    2.    The Parties shall disseminate the Notice of the Proposed Class Action Settlement and Fairness Hearing in accordance with Paragraph 6 of the Parties' Agreement, except that Defendant shall have until on or before October 4,

2022 to mail the Notice as set forth in that paragraph. Defendant shall include a cover page with each mailed copy of the Notice stating only the following: "You may have already received this Notice. It is being resent because some recipients received an incomplete version. If you have already received a complete copy of this Notice, which includes pages 1-17, you may disregard this copy."

Dated:  September 30, 2022           s/Donovan W. Frank
                                     DONOVAN W. FRANK
                                     United States District Judge