# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Tenner Murphy, Marrie Bottelson, Dionne Swanson,<br><br>Plaintiff(s)<br><br>v.<br>Jodi Harpstead,<br><br>Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 16-cv-2623 (DWF/LIB) |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The parties' joint motion for final approval of settlement (Doc. No. [924]) is **GRANTED**.

2. The parties' joint motion for attorney's fees and costs (Doc. No. [848]) is **GRANTED**.

Date: 6/16/2023                                                                 KATE M. FOGARTY, CLERK