UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tenner Murphy, by his Guardian Kay
Murphy; Marrie Bottelson; Dionne
Swanson; and on behalf of others similarly
situated,

Civil File No. 16-cv-2623 (DWF/LIB)

Plaintiffs,

vs.

**STIPULATION FOR DISMISSAL
WITH PREJUDICE**

Jodi Harpstead, in her Capacity as
Commissioner of the Minnesota
Department of Human Services,

Defendant.

WHEREAS, the above-entitled action has been fully compromised and settled,

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

it is hereby stipulated and agreed, by and between Tenner Murphy, by his guardian Kay

Murphy, Marrie Bottelson, and Dionne Swanson, on behalf of members of the Certified

Class defined as "[a]ll individuals age 18 and older who are eligible for and have received

a disability waiver, live in a licensed Community Residential Setting, and have not been

given the choice and opportunity to reside in the most integrated residential setting

appropriate to their needs," and Jodi Harpstead in her official capacity as Commissioner of

the Minnesota Department of Human Services ("DHS"), through their respective counsel,

that all causes of action and claims, known or unknown, that are, have been, or could have

been asserted in Plaintiffs' First Amended Complaint are dismissed with prejudice.

Defendant shall pay to Plaintiffs' attorneys, in accordance with the terms of the Settlement

1

Agreement and Release executed by the parties, costs and attorneys' fees in the amount of

One Million, One Hundred Thirty-Eight Thousand Dollars and No Cents ($1,138,000).

SO STIPULATED.

**MID-MINNESOTA LEGAL AID**
**MINNESOTA DISABILITY**
**LAW CENTER**

Dated: June 16, 2023          By:   *s/Justin Perl*
                                    Justin H. Perl (#151397)
                                    Steven C. Schmidt (#0392442)
                                    Justin M. Page (#0321631)
                                    Eren Sutherland (#0397863)
                                    111 N. 5th St., Suite #100
                                    Minneapolis, MN 55403
                                    Telephone: 612-746-3727
                                    Fax: 612-334-5755
                                    jperl@mylegalaid.org
                                    sschmidt@mylegalaid.org
                                    jmpage@mylegalaid.org
                                    esutherland@mylegalaid.org

**ANTHONY OSTLUND**
**LOUWAGIE DRESSEN &**
**BOYLAN P.A.**

Dated: June 16, 2023          By:   *s/Peter McElligott*
                                    Joseph W. Anthony (#0002872)
                                    Peter J. McElligott (#0397578)
                                    90 South 7th Street
                                    3600 Wells Fargo Center
                                    Minneapolis, Minnesota 55402
                                    Telephone: 612-349-6969
                                    janthony@anthonyostlund.com
                                    pmcelligott@anthonyostlund.com

**NICHOLS KASTER, PLLP**

Dated: June 16, 2023      By:  *s/Laura Farley*
                                           Steven Andrew Smith (#0260836)
                                           Laura A. Farley (#0397455)
                                           4700 IDS Center
     80 South Eighth Street
     Minneapolis, Minnesota 55402
     Telephone: (612) 256-3200
     Facsimile: (612) 338-4878
     smith@nka.com
     lfarley@nka.com

**ATTORNEYS FOR PLAINTIFFS**

**KEITH ELLISON**
**ATTORNEY GENERAL**
**STATE OF MINNESOTA**

Dated:  June 20, 2023      By:  **s/Aaron Winter**
     SCOTT H. IKEDA
     Assistant Attorney General
     Atty. Reg. No. 0386771
     scott.ikeda@ag.state.mn.us
     AARON WINTER
     Assistant Attorney General
     Atty. Reg. No. 0390914
     aaron.winter@ag.state.mn.us
     JANINE KIMBLE
     Assistant Attorney General
     Atty. Reg. No. 0392032
     janine.kimble@ag.state.mn.us
     BRANDON BOESE
     Assistant Attorney General
     Atty. Reg. No. 0396385
     brandon.boese@ag.state.mn.us
     445 Minnesota Street, Suite 1100
     St. Paul, Minnesota 55101-2128
     (651) 757-1385 (Voice)
     (651) 282-5832 (Fax)

**ATTORNEYS FOR DEFENDANT**