UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Tenner Murphy, by his Guardian Kay Murphy; Marrie Bottelson; Dionne Swanson; and on behalf of others similarly situated,, <br><br> Plaintiffs, <br><br> v. <br><br> Jodi Harpstead, in her Capacity as Commissioner of the Minnesota Department of Human Services,, <br><br> Defendants. | Civil No. 16-2623 (DWF/LIB) <br><br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation for Dismissal with Prejudice filed by the parties on June 20, 2023, (Doc. No. [955]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

Dated:   June 22, 2023

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge